GREENBERG TRAURIG, LLP
VINCENT H. CHIEFFO (SBN 49069)
ChieffoV@gtlaw.com
HEATHER J. SILVER  (SBN 285509)
SilverH@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone:  310-586-7700
Facsimile:   310-586-7800

Attorneys for Defendants Katheryn Elizabeth Hudson p/k/a Katy Perry; Capitol Records, LLC; Universal Music Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELE RONK,<br><br>                Plaintiff,<br><br>v.<br><br>KATHERYN ELIZABETH HUDSON p/k/a "KATY PERRY"; BRITTANY HAZZARD p/k/a "STARRAH"; FERRAS ALQAISI; OLIVER GOLDSTEIN p/k/ a "OLIGEE"; JOSH ABRAHAM; ROBERT  MANDELL p/k/a "G KOOP"; CAPITOL RECORDS, LLC; UNIVERSAL MUSIC GROUP, INC.;<br><br>                Defendants. | Case No.: 2:20-cv-09843-ODW-AS<br><br>**DEFENDANTS UNIVERSAL MUSIC GROUP, INC. AND CAPITOL RECORDS, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br><br><br>Judge:         Hon. Otis D. Wright, II<br>Action Filed:  October 26, 2020 |

ACTIVE53892431

**TO THE COURT, and PLAINTIFF:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Universal Music Group, Inc. and Capitol Records, LLC provide the following disclosure:

Defendant Capitol Records, LLC's parent companies are Virgin Records CM Holding, Inc., a Delaware corporation; EMI RM US, Inc., a Delaware corporation; EMI Group, Inc.; a Delaware corporation; and Universal Music Group, Inc., a Delaware corporation. Vivendi S.E., a publicly-traded company incorporated under European law, owns 10% or more of the stock of Universal Music Group, Inc. No other publicly traded company owns more than 10% of either Capitol Records, LLC or Universal Music Group, Inc.

Dated:  December 30, 2020                GREENBERG TRAURIG, LLP

By: */s/ Vincent H. Chieffo*
Vincent H. Chieffo
Attorneys for Defendants Katheryn Elizabeth Hudson p/k/a Katy Perry; Capitol Records, LLC; Universal Music Group, Inc.

ACTIVE53892431